SADIE E. CROSBY, Respondent, *v.* SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant.

*Crosby* v. *Security Mutual L. Ins. Co.*, 94 App. Div. 614, affirmed.
(Argued January 11, 1906; decided January 30, 1906.)

APPEAL from a judgment, entered June 20, 1904, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed an order of the court at a Trial Term, denying a motion for a new trial after a verdict in favor of plaintiff directed by the court.

*Frank Rice, C. N. Bovee* and *F. W. Jenkins* for appellant.

*Henry E. Miller* and *Charles E. Opdyke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Dissenting: CULLEN, Ch. J., and O'BRIEN, J. Not sitting: HISCOCK, J.